UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-CV-24360-WILLIAMS

STEPHEN E. SOEHREN,

    Plaintiff,

vs.

CINERGY HEALTH, INC.,
OMNI GUARD, LLC,
INVESTMENT DIAMONDS, LLC, and
DANIEL TOUIZER,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Joint Motion for Dismissal [D.E. 19]. **IT IS ORDERED AND ADJUDGED** that:

1. This action is dismissed with prejudice.

2. Each party takes nothing by that party's action.

3. Each party shall bear its own costs and attorneys' fees.

**DONE and ORDERED** in Chambers in Miami, Florida, this 3rd day of June, 2013.

                        KATHLEEN M. WILLIAMS
                        UNITED STATES DISTRICT JUDGE

cc:    Counsel of record